IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEL ROMERO,

    Plaintiff,

v.                                No. 1:23-cv-01141-MIS-DLM

BRYCON CORPORATION,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order of Dismissal Without Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED** that this case is **DISMISSED** without prejudice.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE